DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TIMOTHY ALLEN LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.  TIMOTHY ALLEN LANE,   Defendant. | NO. 1:10-cr-00207 AWI  STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE; ORDER  Date: September 23, 2010 Time: 1:30 p.m. Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, now scheduled for September 16, 2010, may be continued to **September 23, 2010, at 1:30 p.m.**

The Court scheduled the status conference so it could learn the status of Lane's pending state court case. The state matter is currently set for September 17, 2010, a date subsequent to the instant setting. This continuance is requested by counsel for the defendant to allow for defendant to attend the state court proceeding and thereby have a more complete report of the status of that case. Defendant Lane to appear at both hearings.

 The requested continuance will conserve time and resources for both counsel and the court. It is

//

///

1   requested that the no bail warrant issued by the Court and stayed to September 16, 2010, be stayed to that
2   date and time as well.

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated: September 14, 2010           /s/ Yasin Mohammad
                                            YASIN MOHAMMAD
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Defender

Dated: September 14, 2010           /s/ Francine Zepeda
                                            FRANCINE ZEPEDA
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            TIMOTHY ALLEN LANE

## O R D E R

**IT IS HEREBY ORDERED** that the status conference be continued to September 23, 2010, at 1:30 p.m. and that the bench warrant issued and stayed until September 16, 2010, be stayed until September 23, 2010, at 1:30 p.m.

    IT IS SO ORDERED.

    Dated:   **September 14, 2010**          **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE