BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TIMOTHY ALLEN LANE,<br><br>                    Defendant. | NO. 1:10-CR-00207<br><br>ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

On March 8, 2011, the Honorable Tyler Tharpe, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Tim Lane, F10902143. A trial confirmation conference hearing is set for March 10, 2011 at 8:30 a.m. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is March 9, 2011 for a status conference on a supervised release violation:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant on March 10, 2011 for purposes of his presence at the trial confirmation

1

hearing, but return him to the custody of the United States Marshal at the conclusion of the hearing, but no later than 5:00 p.m. on March 10, 2011.

IT IS SO ORDERED.

Dated:    March 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE