```
                                                    Case 1:10-cr-00207-AWI   Document 29   Filed 03/09/11   Page 1 of 2
```

1 | BENJAMIN B. WAGNER
United States Attorney
2 | YASIN MOHAMMAD
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000

FILED

MAR 09 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-CR-00207 AWI |
|---|---|
| Plaintiff, | ) [PROPOSED] |
| | ) ORDER ON STATE OF CALIFORNIA |
| v. | ) WRIT FOR HABAES CORPUS AD |
| | ) TESTIFICANDUM |
| TIMOTHY ALLEN LANE, | ) |
| Defendant. | ) |

On March 8, 2011, the Honorable Tyler Tharpe, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Tim Lane, F10902143. A trial confirmation conference hearing is set for March 10, 2011 at 8:30 a.m. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is March 9, 2011 for a status conference on a supervised release violation:

IT IS HEREBY ORDERED that deputies of the Fresno County

Sheriff's Office may take custody of the defendant on March 10, 2011 for purposes of his presence at the trial confirmation hearing, but return him to the custody of the United States Marshal at the conclusion of the hearing, but no later than 5:00 p.m. on March 10, 2011.

Dated: March 9, 2011

                                        Honorable Dennis L. Beck
                                        United States Magistrate Judge