**FILED**

MAR 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Ste. 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )   NO. 1:10-CR-00207
                                       )
10              Plaintiff,             )   [PROPOSED] ORDER ON STATE OF
                                       )   CALIFORNIA WRIT FOR HABAES CORPUS
11                                     )   AD PROSEQUENDUM
                                       )
12         v.                          )
                                       )
13  TIMOTHY ALLEN LANE,                )
                                       )
14              Defendant.             )
                                       )
15  _____  )

16         On March 8, 2011, the Honorable Tyler Tharpe, Superior Court Judge for the State of

17  California, County of Fresno, requested that the body of the above-named defendant be produced in

18  Fresno County Superior Court for further proceedings in the case of People v. Tim Lane,

19  F10902143. A trial confirmation hearing is set for March 30, 2011 at 8:30 a.m. Trial is set for April

20  4, 2011 at 8:30 a.m. The defendant is currently in the custody of the United States Marshal, charged

21  in the above-entitled action. His next appearance before this Court is April 28, 2011. It appearing

22  that the defendant's presence is needed for a hearing in the state action, and that the next court

23  appearance in the above-entitled case is April 5, 2011 for a status conference on a supervised release

24  violation:

25         IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take

26  custody of the defendant on March 30, 2011 for purposes of his presence at the trial confirmation

27  hearing, and from day to day thereafter as is necessary to complete the trial in that case, but return

28  him to the custody of the United States Marshal immediately after his testimony and no later than

April 27, 2011. Under no circumstances is the defendant to be released from Fresno County Jail

1

1   before returning him to the custody of the United States Marshal or upon further order from this

2   court.

3   Dated: _March 25_____, 2011

4

    Honorable Sandra M. Snyder
    United States Magistrate Judge

2