IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY ALLEN LANE,<br><br>    Defendant. | NO. 1:10-CR-00207<br><br>ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS <u>AD PROSEQUENDUM</u> |

    On March 8, 2011, the Honorable Tyler Tharpe, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of <u>People v. Tim Lane</u>, F10902143.  A trial confirmation hearing is set for May 19, 2011 at 8:30 a.m.  Trial is set for June 7, 2011 at 8:30 a.m.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action.  His next appearance before this Court is June 15, 2011.  It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is June 15, 2011 for a status conference on a supervised release violation:

    IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant on May 19, 2011 for purposes of his presence at the trial confirmation hearing, and from day to day thereafter as is necessary to complete the trial in that case, but return him to the custody of the United States Marshal immediately after his testimony and no later than June 14, 2011.  Under no circumstances is the defendant to be released from Fresno County Jail before returning him to the custody of the United States Marshal or upon further order from this court.

Dated:  <u>2 May</u>, 2011                                                    /s/ *Dennis L. Beck*
                                                                           Honorable Dennis L. Beck
                                                                           United States Magistrate Judge