DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, #
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TIMOTHY ALLEN LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00207 AWI-1 |
| | ) | |
| _Plaintiff,_ | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER THEREON |
| | ) | |
| TIMOTHY ALLEN LANE, | ) | Date :  June 28, 2011 |
| | ) | Time:  1:30 p.m. |
| _Defendant._ | ) | Judge: Hon. Sheila K. Oberto |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through  their respective

attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for

June 15, 2011, **may be continued to June 28, 2011, at 1:30 p.m.**

The reason for this request is due to the continuance of Defendant's state court trial to June 27,

2011.  The requested continuance will conserve time and resources for both counsel and the Court and

also allow for continuity of counsel in these proceedings.

///

///

///

///

///

1    BENJAMIN B. WAGNER
     United States Attorney
2

3    DATED: June 10, 2011          /s/ Yasin Mohammad
                                    YASIN MOHAMMAD
4                                   Special Assistant United States Attorney
                                    Attorney for Plaintiff
5

6                                   DANIEL J. BRODERICK
                                    Federal Defender
7

8    DATED: June 10, 2011          /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
9                                   Assistant Federal Defender
                                    Attorney for Defendant
10                                  TIMOTHY ALLEN LANE

11

12                          **O R D E R**

13   IT IS SO ORDERED.

14   **Dated:    June 13, 2011**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing;  Order Thereon                    2