DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, #
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TIMOTHY ALLEN LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>TIMOTHY ALLEN LANE,<br><br>　　　　*Defendant.* | No. 1:10-cr-00207 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;<br>ORDER THEREON<br><br>Date : June 30, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for June 28, 2011, **may be continued to June 30, 2011, at 1:30 p.m.**

The reason for this request is due to the continuance of Defendant's state court trial to June 27 or 28, 2011. The requested continuance will conserve time and resources for both counsel and the Court and also allow for continuity of counsel in these proceedings.

///

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 24, 2011 | /s/ Yasin Mohammad<br>YASIN MOHAMMAD<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 24, 2011 | /s/ Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorney for Defendant<br>TIMOTHY ALLEN LANE |

**O R D E R**

IT IS SO ORDERED.

Dated:   **June 24, 2011**            /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE