BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
2500 Tulare Street, Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000



FILED
JUN 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TIMOTHY ALLEN LANE, <br> Defendant. | NO. 1:10-CR-00207 <br> [~~PROPOSED~~] ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

The Fresno County District Attorney has requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Tim Lane, F10902143. Trial in Fresno County Superior Court is set for June 27, 2011 at 8:30 a.m. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed for the trial in the state action, and that the next court appearance in the above-entitled case is June 30, 2011 for a status conference on a supervised release violation:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant at the beginning of each trial day beginning on June 27, 2011 for purposes of his presence at the trial and return him to the custody of the United States Marshal promptly at the conclusion of each trial day.

Dated: June 25, 2011

_____
Honorable Anthony W. Ishii
United States District Judge

1